# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HENRY AGUILA

PLAINTIFF(S)

v.

PENN STAR INSURANCE COMPANY , et al.

DEFENDANT(S).

CASE NUMBER:

2:22–cv–03401

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

__5/19/2022__      ____      ____

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated:_ May 20, 2022_          By:_ /s/ Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov __
                                        Deputy Clerk